UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-4301
_____

UNITED STATES OF AMERICA

v.

ROBERT SMITH,
a/k/a "B", a/k/a "Born"

Robert Smith,
Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal No. 1-14-cr-00152-001)
District Judge: Honorable Noel L. Hillman

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 23, 2017

Before: NYGAARD and FISHER, *Circuit Judges*[*].

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on October 23, 2017. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered November 30, 2016, be and the same is hereby AFFIRMED IN PART,

---

[*] The Honorable Joseph A. Greenaway, Jr. was a member of the merits panel. Judge Greenaway retired from the Court on June 15, 2023 and did not participate in the consideration of this motion.

VACATED and REMANDED IN PART. The Court will continue to hold Appellant's claims regarding selective law enforcement C.A.V. pending the District Court's resolution of the discovery issue. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 20, 2023